**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____26-mj-03259-Louis_____

IN RE SEALED COMPLAINT

_____/

FILED BY_____KAN_____D.C.

**Jul 18, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Complaint, Affidavit, Arrest Warrant, Bond Recommendation, this Motion, the resulting Order, and any related documents be SEALED until the arrest of the defendant or further Order of the Court.   The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the sealed documents for purposes of arrest, extradition, or any other necessary cause.   Should this Complaint become public prior to the arrest of the defendant, the named defendant may flee and the integrity of the ongoing investigation might be compromised.   The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully Submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Abbie D. Waxman*_____
    Abbie D. Waxman
    Assistant United States Attorney
    Florida Bar No.: 109315
    99 Northeast Fourth Street
    Miami, Florida 33132
    Tel: (305) 961-9240
    Abbie.Waxman@usdoj.gov