UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-mj-03259

UNITED STATES OF AMERICA,
Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Tristan Tate
Defendant.
_______________________/

COMES NOW Howard Srebnick + Jackie Perczek and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Howard Srebnick + Jackie Perczek

Counsel's Signature: [signature]

Address (include City/State/Zip Code):
201 S. Biscayne Blvd. Suite 1300
Miami, FL 33131

Telephone: 305-371-6421 Florida Bar Number: 0042201

Date: July 20, 2026