# COURT MINUTES
## Magistrate Judge Lauren Louis

Atkins Building Courthouse - 11th Floor          Date: 07/20/2026  Time: 1:30 PM

Defendant:  TRISTAN  TATE          J#: 52355-506   Case #: 26-MJ-03259-LOUIS (SEALED)

AUSA:  Alejandra Lopez          Attorney: Howard Srebnick (on telephone)/Jackie Perczek

Steven Binhak, Joseph McBride, Thomas Mariotis

Violation:  EXTRADITION          Surr/Arrest Date: 07/18/2026    YOB:

Proceeding:  Initial Appearance          CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language:  English

Disposition:
*Defendant appeared with counsel.*
*The Court sets a status conference for 7/27/26 @ 1:00 p.m. Defendant's appearance not required.  Govt's ore tenus request to unseal the complaint is granted.*

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**  Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

*Status Conference RE:*  **7/27/26**          **1:00 p.m.**          *Judge Louis Non-Duty Calendar*

D.A.R.  13:33:39          Time in Court:  5 mins

s/Lauren Louis          Magistrate Judge