**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-Louis**

**IN THE MATTER OF THE EXTRADITION OF TRISTAN TATE**
______________________________________/

**~~SEALING~~ ORDER**

THIS CAUSE is before the Court on the Government's Motion to Seal. Being fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the motion is Denied ~~GRANTED and the following be SEALED, with the exception that the documents listed below may be provided to the United States Attorney's Office and counsel for the Defendant:~~

~~1. Motion to Seal;~~
~~2. Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings; and~~
~~3. This Order.~~

~~**IT IS FURTHER ORDERED AND ADJUDGED** that the above-listed documents shall remain sealed until further Order of the Court, or until the unsealing of this matter, whatever occurs first.~~

**DONE AND ORDERED** ~~in chambers~~ open court at Miami, Florida, this 20 day of July 2026.

______________________________
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE