**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 26-mj-03259-Louis**

IN THE MATTER OF THE EXTRADITION
OF TRISTAN TATE
_______________________________________/

# NOTICE OF APPEARANCE

Please take notice that HOWARD SREBNICK appears as counsel for TRISTAN TATE.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

/s/ *Howard Srebnick*
**HOWARD SREBNICK**
Florida Bar No. 919063
HSrebnick@RoyBlack.com