**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-mj-03259-LFL**

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**TRISTAN TATE**
Defendant.
_______________________________________________/

## NOTICE OF APPEARANCE

Thomas Maniotis, Esquire, a member in good standing of the Bar of this Court, hereby enters his appearance as retained counsel for Defendant TRISTAN TATE in this extradition proceeding. Counsel requests that the Clerk add him as counsel of record and serve all future notices, orders, and filings through CM/ECF at the contact information below.

Dated: **July 27, 2026**

Respectfully submitted,
/s/ Thomas Maniotis, Esq.
Thomas Maniotis, Esq.
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
Telephone: (305) 629-3219
Email: tamaniotis@equitylegal.net
Counsel for Defendant TRISTAN TATE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2026, I electronically filed the foregoing through CM/ECF, which will provide notice to all counsel of record.

/s/ Thomas Maniotis, Esq.