**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-LOUIS**

**UNITED STATES OF AMERICA**

**vs.**

**TRISTAN TATE,**

**Defendant.**
_____________________________________/

# NOTICE OF APPEARANCE

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned case.

Respectfully submitted,

JASON A. REDING-QUIÑONES
UNITED STATES ATTORNEY

By: *_/s/ Alejandra López_*
Alejandra L. López
Assistant United States Attorney
Florida Bar No.: 37132
99 Northeast Fourth Street
Miami, Florida 33132-2111
Telephone: (305) 961-9241
E-mail: Alejandra.Lopez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ *Alejandra L. López*
Alejandra L. López
Assistant United States Attorney