**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MJ-03259-LOUIS**

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE**
______________________________________/

## NOTICE OF APPEARANCE

COMES NOW, the United States of America, by and through the undersigned, noticing that Kerry A. Monaco, Associate Director in the Office of International Affairs, will appear on behalf of the United States as counsel on the above captioned case.

Respectfully submitted,

By: *_/s/ Kerry A. Monaco_*________________

Kerry A. Monaco
Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ *Kerry A. Monaco*
Kerry A. Monaco
Associate Director