**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MJ-03259-LOUIS**

IN THE MATTER OF THE EXTRADITION
OF TRISTAN TATE,

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Tristan Tate's Motion for Leave to File Under Seal Exhibit No. 8 to the Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention. (ECF No. 28). The Motion is unopposed and, as set forth below, is **GRANTED**.

Defendant seeks leave to file under seal certain documents appended to and/or referenced in the Declaration of Defendant's retained United Kingdom counsel, Solicitor Andrew Ford. *See* (ECF No. 27-9). Defendant's Motion explains that several documents appended thereto "are not part of the public record in the related United Kingdom proceedings and contain confidential communications between Mr. Ford and the Crown Prosecution Service." (ECF No. 28 at 1).

Upon consideration of the Motion and review of the record, the Court finds good cause to seal the materials identified. Accordingly, Defendant's Motion for Leave to File Under Seal, (ECF No. 28), is **GRANTED**. Defendant's Exhibit No. 8, (ECF No. 27-9), and its appendices may be filed under seal and shall be maintained under seal until further order of the Court. This Order shall not be filed under seal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of August 2026.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE