**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MJ-03259-LOUIS**

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE,**
_______________________________________/

**NOTICE OF COURT PRACTICE**

**THIS CAUSE** is before the Court following Chambers' receipt of various unsolicited email communications that purport to relate to these proceedings or this Defendant. The Court does not condone the practice of communicating with the Court outside of the docket.

Many of the emails are *ex parte*, in that the non-party sender appears to have copied one party, or his counsel, but not counsel for the opposing party.

An *ex parte* communication is a written or spoken communication to the Court that does not occur in the presence of the opposing party to the proceedings. With few exceptions, the rules prohibit *ex parte* communications. They undermine the public's confidence in judicial proceedings and are unfair to the opposing side, who does not have an opportunity to respond to the statements they make. *See In re Paradyne Corp.*, 803 F.2d 604, 612 (11th Cir. 1986) ("*Ex parte* communications generally are disfavored because they conflict with a fundamental precept of our system of justice[.]").

The Local Rules of the United States District Court for the Southern District of Florida provide, in part, as follows:

> Unless invited or directed by the presiding Judge, attorneys and parties shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party, except when necessary as an exhibit when seeking relief from the Court.

S.D. Fla. L.R. 7.7. Unsolicited *ex parte* communications with Chambers and requests made by means other than filing on the docket are not considered by this Court. Materials sent to the Court by non-parties or by means other than filing on the docket shall be disregarded and generally deleted by Chambers.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of August, 2026.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE