12:33
◀ WhatsApp
5G UC

**Post**

**Andrew Tate**
@Cobratate

X.com

10k reward for this man's identity and work place.




**Rate proposed Community Notes**