**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MJ-03259-LOUIS**

**IN THE MATTER OF THE EXTRADITION**
**OF TRISTAN TATE,**
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Defendant Tristan Tate's Motion for Leave to File Under Seal Exhibit Nos. 4, 10, and 11 to Reply in Support of Motion for Release. (ECF No. 45). The Motion is unopposed and, as set forth below, is **GRANTED**.

Defendant seeks leave to file under seal certain documents relied upon in his Reply in support of his Motion for Release Pending Extradition Proceedings, (ECF No. 44). *See* (ECF Nos. 46-4, 46-10, 46-11). Defendant's Motion explains that Exhibit 4, a confidentiality order entered in pending United Kingdom proceedings, "is not part of the public record" in the U.K., and that Exhibits 10 and 11 "are subject to a confidentiality order" in civil proceedings commenced by Defendant and his brother in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. (ECF No. 45).

Upon consideration of the Motion and review of the record, the Court finds good cause to seal the materials identified. Accordingly, Defendant's Motion for Leave to File Under Seal, (ECF No. 45), is **GRANTED**. Defendant's Exhibit Nos. 4, 10, and 11 (ECF Nos. 46-4, 46-10, 46-11), may be filed under seal and shall be maintained under seal until further order of the Court. This Order shall not be filed under seal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of August, 2026.

_______________________________
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE