**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NOS.** 26-mj-03259-LOUIS
26-mj-03260-LOUIS

**IN THE MATTER OF THE EXTRADITION OF TRISTAN TATE,**
_______________________________________/

**IN THE MATTER OF THE EXTRADITION OF EMORY ANDREW TATE,**
_______________________________________/

**UNITED STATES OF AMERICA'S NOTICE OF FILING OF CHANGE IN CIRCUMSTANCE/NEWLY OBTAINED INFORMATION**

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Local Rule 5.1(d), hereby provides notice of a change in circumstance and/or newly obtained information regarding the status of charges against Emory Andrew and Tristan Tate, as discussed in the government's September 2, 2026 filing (ECF Nos. 56, 57).

Earlier today, on September 4, 2026, Romanian authorities issued the attached press release announcing that a new indictment was lodged against Andrew Tate and Tristan Tate on August 31, 2026. The government first heard about a possible new indictment on September 3, 2026, from defense counsel, but neither the defense nor the government had official confirmation of the veracity of the information. Subsequently, on September 4, 2026, the government received confirmation of the indictment when it received a copy of the press release issued by DIICOT. While the new indictment does not change any of the government's arguments presented in its pleadings or at the August 27, 2026, detention hearing, the government wants to alert the Court to this new development to ensure accuracy of the record.

**CONCLUSION**

WHEREFORE, the government now presents this Notice to the Court of a change in circumstance and/or newly obtained information.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/ Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

A. TYSEN DUVA
ASSOCIATE ATTORNEY GENERAL
CRIMINAL DIVISION

By: */s/ Kerry A. Monaco*
Kerry A. Monaco
Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: /s/ Rachel M. Yasser
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Email: Rachel.Yasser2@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 4, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, which caused the same to be served on Howard Srebnick, Esquire, Jackie Perczek, Esquire, Thomas Maniotis, Esquire and Joseph McBride, Esquire, counsel for the Defendant.

*/s/ Abbie Waxman*________
Abbie Waxman
Assistant United States Attorney

Case 1:26-mj-03259-LFL Document 60 Entered on FLSD Docket 09/04/2026 Page 4 of 8



## Comunicat de presa 04.09.2026

Urmare comunicatelor din datele de 12.04.2022, 29.12.2022, 12.01.2023, 20.06.2023, 21.08.2024, 22.08.2024, 30.08.2024, 28.05.2026, 17.06.2026 și 19.06.2026, Biroul de Informare și Relații Publice din cadrul Direcției de Investigare a Infracțiunilor de Criminalitate Organizată și Terorism este împuternicit să aducă la cunoștința opiniei publice următoarele:

Prin rechizitoriul din data de 31.08.2026, procurorii Direcției de Investigare a Infracțiunilor de Criminalitate Organizată și Terorism – Structura Centrală au dispus trimiterea în judecată a 2 inculpați, ambii cetățeni britanici, cu vârstele de 39 și 38 de ani, membri ai aceleași familii, pentru săvârșirea infracțiunilor de trafic de minori, spălarea banilor în formă continuată, act sexual cu un minor în formă continuată și influențarea declarațiilor, respectiv complicitate la trafic de minori, spălarea banilor în formă continuată și influențarea declarațiilor.

Din cercetări a reieșit faptul că, începând cu anul 2012 și până în cursul lunii decembrie 2021, inculpatul ân vârstă de 39 de ani, profitând atât de starea de vădită vulnerabilitate a unei victime, o minoră, în vârstă de 15 ani la data recrutării, precum și prin inducerea în eroare cu privire la intenția de a întemeia o relație și existența unor sentimente reale de iubire, a recrutat-o și a adăpostit-o într-un imobil din orașul Luton, Marea Britanie, în scopul exploatării sexuale.

Ulterior, după ce i-a câștigat încrederea și a determinat-o să se îndrăgostească de el, prin constrângere, respectiv șantaj emotional, realizat prin amenințări cu abandonul sau înlocuirea sa cu o altă fată pentru a obține conformarea și condiționarea relației afective de respectarea instrucțiunilor sale, prin control și supraveghere permanentă, dar și agresiune fizică, inculpatul a determinat victima minoră la manifestări pornografice în vederea producerii și difuzării de materiale pornografice, respectiv să practice activități de videochat pe mai multe platforme de profil în folosul său material.

De asemenea, în perioada de exploatare sexuală, inculpatul a transportat victima, în mod repetat, de pe teritoriul Marii Britanii în România, unde i-a asigurat adăpostirea în mai multe locații (la domiciliul său din Voluntari, într-o casă din Tunari și într-un apartament din zona Pipera), precum și toată logistica necesară pentru desfășurarea

activității de videochat și continuarea exploatării sexuale pe teritoriul României.

Având cunoștință de vârsta victimei și de faptul că aceasta fusese recrutată de către fratele său, inculpatul în vârstă de 38 de ani, profitând de starea de vădită vulnerabilitate a minorei și prin inducerea în eroare, în perioada cuprinsă între noiembrie 2014 și decembrie 2021, l-a sprijinit pe coinculpat în activitatea infracțională de exploatare sexuală a victimei pe teritoriul Marii Britanii și României.

Acesta a menținut inducerea în eroare a victimei cu privire la sentimentele și intențiile coinculpatului, a administrat conturile de videochat ale victimei, i-a monitorizat activitatea și i-a oferit îndrumări pentru creșterea veniturilor. Totodată, acesta s-a ocupat de încasarea și gestionarea sumelor provenite din activitatea de videochat, a verificat respectarea programului de lucru și a obiectivelor financiare impuse victimei de către inculpatul în vîrstă de 39 de ani. În acest context, inculpatul de 38 de ani a recurs și la acte de agresiune fizică asupra victimei.

În perioada menționată, în urma exploatării persoanei vătămate inculpații au obținut foloase patrimoniale în valoare totală de 1.251.833,30 dolari americani, reprezentând aproximativ 80% din veniturile generate de activitatea de videochat desfășurată de către victimă.

Din actele de urmărire penală a reieșit și faptul că, în intervalul de timp cuprins între decembrie 2020 și jumătatea anului 2021, inculpatul în vârstă de 39 de ani, a întreținut în mod repetat raporturi sexuale și acte sexuale cu o altă victimă minoră, în vârstă de 15 ani, atât la domiciliul său, cât și într-o altă locație, tot din județul Ilfov.

Probele administrate au reliefat că, în perioada decembrie 2023 – ianuarie 2024, prin acte de corupere, respectiv prin promisiunea oferirii sumei de 5.000 de euro, sumă din care i-a predat efectiv 2.500 euro, prin promisiunea oferirii unui telefon mobil, precum și prin oferirea asigurării asistenței juridice prin intermediul propriilor avocați, inculpatul în vârstă de 39 de ani a încercat să determine o persoană vătămată să nu dea declarații sau să dea declarații mincinoase în prezentul dosar. Anterior, în luna octombrie 2023, inculpatul în vârstă de 38 de ani a încercat să determine un martor, atât prin fapte cu efect vădit intimidant, precum și prin acte de corupere, respectiv oferirea unei sume de bani și a unui telefon, a 3000 de euro pentru plata cheltuielilor de transport și cazarea în București, precum și asigurarea asistenței juridice să nu dea declarații sau să dea declarații mincinoase, tot în prezentul dosar.

De asemenea, în perioada decembrie 2023 – iulie 2024, inculpații, în scopul ascunderii ori disimulării originii ilicite a banilor obținuți din săvârșirea infracțiunii de trafic de persoane, au achiziționat, înmatriculat și înregistrat la organele fiscale pe numele unor persoane de încredere, patru autoturisme având ca valoare de achiziție sumele de 1.249.924 lei, 1.099.924 lei, 649.924 lei și 225.000 euro.

Prin actul de sesizare a instanței, procurorii DIICOT – Structura Centrală au solicitat confiscarea specială a celor patru autoturisme de lux, în valoare totală estimată la 825.000 de euro, ce fac obiectul infracțiunii de spălare a banilor în formă continuată, a echivalentului sumei de 1.251.833,30 dolari americani obținută de către inculpați din exploatarea sexuală a victimei minore și confiscarea extinsă a celorlalte bunuri aflate în proprietatea sau posesia faptică a inculpaților și asupra cărora s-a solicitat instituirea măsurii sechestrului asiguratoriu.

Totodată, procurorii DIICOT – Structura Centrală au solicitat obligarea inculpaților la plata sumei de 122.168,51 lei reprezentând cheltuielile judiciare avansate de stat.

Dosarul a fost înaintat spre competentă soluționare Tribunalului București.

Precizăm că această etapă a procesului penal reprezintă, conform Codului de procedură penală, finalizarea anchetei penale și trimiterea rechizitoriului la instanță, spre judecare, situație care nu poate în niciun fel să înfrângă principiul prezumției de nevinovăție.



Comunicate de presă

Evenimente publice

Puncte de vedere

Informare și relații publice

Cerere de acreditare

**Press release 04.09.2026**

Following the press releases dated 12.04.2022, 29.12.2022, 12.01.2023, 20.06.2023, 21.08.2024, 22.08.2024, 30.08.2024, 28.05.2026, 17.06.2026 and 19.06.2026, the Information and Public Relations Office of the Directorate for the Investigation of Organized Crime and Terrorism is empowered to inform the public opinion of the following:

By the indictment dated 31.08.2026, the prosecutors of the Directorate for the Investigation of Organized Crime and Terrorism Crimes – Central Structure ordered the indictment of 2 defendants, both British citizens, aged 39 and 38, members of the same family, for committing the crimes of trafficking in minors, money laundering in a continuous form, sexual intercourse with a minor in a continuous form and influencing statements, respectively complicity in trafficking in minors, money laundering in a continuous form and influencing statements.

The investigations showed that, starting with 2012 and until December 2021, the 39-year-old defendant, taking advantage of both the state of obvious vulnerability of a victim, a minor, aged 15 at the time of recruitment, as well as by misleading about the intention to establish a relationship and the existence of real feelings of love, recruited her and housed her in a building in the city of Luton, UK, for the purpose of sexual exploitation.

Subsequently, after gaining her trust and causing her to fall in love with him, through coercion, respectively emotional blackmail, carried out through threats of abandonment or replacement with another girl in order to obtain the conformity and conditioning of the affective relationship to the observance of his instructions, through permanent control and supervision, but also physical aggression, the defendant determined the minor victim to pornographic manifestations in order to produce and disseminate materials pornographic, respectively to practice videochat activities on several profile platforms for his material use.

Also, during the period of sexual exploitation, the defendant repeatedly transported the victim from the territory of Great Britain to Romania, where he provided shelter in several locations (at his home in Voluntari, in a house in Tunari and in an apartment in the Pipera area), as well as all the necessary logistics for carrying out the videochat activity and continuing the sexual exploitation on the territory of Romania.

Aware of the victim's age and the fact that she had been recruited by her brother, the 38-year-old defendant, taking advantage of the minor's apparent vulnerability and misleading, in the period between November 2014 and December 2021, supported the co-defendant in the criminal activity of sexual exploitation of the victim on the territory of Great Britain and Romania.

He maintained misleading the victim about the co-defendant's feelings and intentions, managed the victim's webcam accounts, monitored his activity and provided him with guidance to increase his income. At the same time, he was in charge of collecting and managing the amounts from the videochat activity, verified the observance of the work schedule and the financial objectives imposed on the victim by the 39-year-old defendant. In this context, the 38-

year-old defendant also resorted to acts of physical aggression against the victim.
During the mentioned period, following the exploitation of the injured person, the defendants obtained patrimonial benefits in the total amount of 1,251,833.30 US dollars, representing approximately 80% of the income generated by the videochat activity carried out by the victim.
The criminal investigation documents also showed that, in the period between December 2020 and mid-2021, the 39-year-old defendant repeatedly had sexual intercourse and sexual acts with another minor victim, aged 15, both at his home and in another location, also from Ilfov County.

The evidence adduced highlighted that, between December 2023 and January 2024, through acts of corruption, respectively by promising to offer the amount of 5,000 euros, an amount of which he actually handed over 2,500 euros, by promising to offer a mobile phone, as well as by offering legal assistance through his own lawyers, the 39-year-old defendant tried to determine an injured person not to give statements or to give false statements in the present case.
Previously, in October 2023, the 38-year-old defendant tried to determine a witness, both through facts with a manifestly intimidating effect, as well as through acts of corruption, namely offering a sum of money and a phone, 3000 euros for the payment of transport expenses and accommodation in Bucharest, as well as ensuring legal assistance not to give statements or to give false statements, also in the present case.

Also, between December 2023 and July 2024, the defendants, in order to hide or conceal the illicit origin of the money obtained from the crime of human trafficking, purchased, registered and registered with the tax authorities in the name of trusted persons, four cars with a purchase value of 1,249,924 lei, 1,099,924 lei, 649,924 lei and 225,000 euros.

By notifying the court, the prosecutors of DIICOT – Central Structure requested the special confiscation of the four luxury cars, with a total value estimated at 825,000 euros, which are the subject of the crime of money laundering in a continuous form, of the equivalent of the amount of 1,251,833.30 US dollars obtained by the defendants from the sexual exploitation of the minor victim and the extensive confiscation of the other assets owned or in the factual possession of the defendants and on which the institution of the precautionary seizure measure was requested.

At the same time, the prosecutors of DIICOT – Central Structure requested the defendants to pay the amount of 122,168.51 lei representing the judicial expenses advanced by the state.
The case was submitted for competent resolution to the Bucharest Tribunal.
We specify that this stage of the criminal process represents, according to the Code of Criminal Procedure, the completion of the criminal investigation and the sending of the indictment to the court, for trial, a situation that cannot in any way defeat the principle of the presumption of innocence.