United States District Court
Southern District of Florida

Case Number: 26mj03259
26mj03260

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: Miami

These Documents/Exhibits must not be placed in the "temp chron file".

**Documents/Exhibits Retained in Supplemental Files (Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

**Documents/Exhibits Retained in Supplemental Files (Not Scanned)**

X • CD, DVD, USB drive, (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 9/9/26


PNY
32GB
In re Extradition of Tristan Tate &
Emory Andrew Tate
Case Nos: 26-mj-03259-LFL
&
26-mj-03260-LFL